**DISMISS and Opinion Filed April 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01600-CV

### CHELSEA DAVIS, Appellant
### V.
### MCKOOL SMITH, P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215-M**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

In a letter dated February 2, 2015, the Court notified appellant that her notice of appeal was deficient because it did not state the date of the judgment or order appealed from. *See* TEX. R. APP. P. 25.1(d)(2). We instructed appellant to file an amended notice of appeal, within ten days, that complies with rule 25.1(d). We cautioned appellant that failure to file an amended notice of appeal within the time requested would result in dismissal of the appeal without further notice.

As of today's date, appellant has not filed an amended notice of appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

/ David Evans/
DAVID EVANS
141600F.P05                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHELSEA DAVIS, Appellant

No. 05-14-01600-CV      V.

MCKOOL SMITH, P.C., Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-13-14215-M.
Opinion delivered by Justice Evans.
Justices Fillmore and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MCKOOL SMITH, P.C. recover its costs of this appeal from appellant CHELSEA DAVIS.

Judgment entered this 30th day of April, 2015.